CLERK'S OFFICE U.S. DIST. COURT
AT DANVILLE, VA
FILED

DEC 20 2011

JULIA C. DUDLEY, CLERK
BY: _____
DEPUTY CLERK

## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF VIRGINIA
## ROANOKE DIVISION

| | | |
|---|---|---|
| **ROBERT A. TRUSSELL,** | ) | **Civil Action No. 7:11-cv-00593** |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | **ORDER** |
| | ) | |
| **KELLY HAIRSON, et al.,** | ) | By:  Hon. Jackson L. Kiser |
| **Defendants.** | ) | Senior United States District Judge |

In accordance with the written Memorandum Opinion entered this day, it is hereby

### ORDERED

that plaintiff's complaint is **DISMISSED without prejudice** as frivolous, pursuant to 28 U.S.C. § 1915A(b)(1); his motion for leave to proceed in forma pauperis is **DENIED as moot**; and the action is **STRICKEN** from the active docket of the court.

The Clerk is directed to send copies of this Order and the accompanying Memorandum Opinion to plaintiff.

**ENTER**: This 20th day of December, 2011.

Senior United States District Judge